Michael EVERETT, Respondent Below–Appellant,

v.

1. The Court assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).

Matthew R. and Sandy L. SCOTT,
Petitioners Below–Appellees.

No. 472, 2015

Supreme Court of Delaware.

Submitted: April 13, 2016
Decided: April 26, 2016

Court Below: Family Court of the State of Delaware, File No. CN15–01718

AFFIRMED.